UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION
-------------------------------------------------------------X
ANTHONY M. MELLOW,

              Plaintiff,

vs.                                                  Civil Action No.:
                                                  3:10-cv-00469-MRK

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
-------------------------------------------------------------X

## **ORDER**

The Court, having read the Affirmation and supporting Memorandum dated the 8th day of August, 2011, from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $3,503.96 be granted and that $350.00 in costs be granted payable for the Judgment Fund.


Entered: August 24, 2011        /s/  Mark R. Kravitz
                                                United States District Judge